## March 18, 1976

M. P. No. 76-74. RHODE ISLAND CONSUMERS' COUNCIL, *Petitioner v.* WILLIAM W. HARSCH, *in his capacity as Chairman of the Public Utilities Commission of the State of Rhode Island;* JOHN J. WRENN AND EDWARD W. BURMAN, *in their capacities as Commissioners of the Public Utilities Commission of the State of Rhode Island,* AND THE PROVIDENCE GAS COMPANY. Petition for writ of common law certiorari is granted without prejudice to the right of the respondents to raise in briefs and at oral argument the issue of the improvidence of this grant. The instant case is consolidated for the filing of briefs and hearing before this court with the case of *Rhode Island Consumers' Council v. William W. Harsch, et al.* No. 76-73. *Roberts & Willey, Incorporated, Dennis J. Roberts II,* for petitioner. *Julius C. Michaelson,* Attorney General, *Hinckley, Allen, Salisbury & Parsons, Michael DeFanti,* for respondents.

M. P. No. 76-80. STATE *v.* DAVID W. PERRY. Treating the petition for mandamus as a petition for certiorari, the petition is granted and the writ shall issue forthwith. See *State v. Fay,* 65 R. I. 304, 14 A.2d 799 (1940). *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant-petitioner.